**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**


**UNITED BANK**

     **Plaintiff,**

**v.**                                                                  CASE NO 2:24-mc-00068_____


**ALLEGHENY WOOD PRODUCTS, INC.,**
**ALLEGHENY WOOD PRODUCTS INTERNATIONAL, INC., and**
**ALLEGHENY WOOD TIMBER PRODUCT, LLC,**

     **Defendants**


**NOTICE OF FILING OF COMPLAINT AND**
**ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754**

By Order of the United States District Court for the Northern District of West Virginia entered March 6, 2024, Christopher DeWeese was appointed the receiver (the "Receiver") for the Receivership Estate established by the March 6, 2024 Order of the Court (the "Receivership Order") which includes all assets of Allegheny Wood Products, Inc. ("AWP"), Allegheny Wood Products International, Inc. ("AWPI"), and Allegheny Wood Timber Products, LLC ("AWTP"), (collectively, the "Receivership Estate"), along with any entities owned or controlled by the Receivership Estate or in which any of them have an interest, and any other assets that may be collected by the Receiver.

Pursuant to 28 U.S.C. § 754, the Receiver hereby files:

- A copy of the Complaint against the Receivership Estate (attached as Exhibit A);

- A copy of the Receivership Order  (attached as Exhibit B).

Christopher D. DeWeese, Receiver

By Counsel

/s/ Joe M. Supple
Joe M. Supple (WV Bar # 8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
Joe.supple@supplelawoffice.com